UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

GADYABRAMSON, DC, P.A.
(A/A/O GRACE CRANCE),
Plaintiff,                                               CASE NO.: 19-CV-20184-MGC

vs.

LM GENERAL INSURANCE COMPANY,
Defendant.
_____/

## NOTICE OF DISMISSAL OF COUNT I

1.   The Plaintiff hereby dismisses Count I of its complaint pursuant to Rule 41(1)(A).

Respectfully Submitted,

/s/Ryan Peterson
Ryan Peterson, Esq. (Fla. Bar. No. 32954)
Patiño Law Firm
5005 E. 8th Ave.
Hialeah, FL 33013
Telephone: (305)821-3100
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on January 15, 2019 on all counsel or parties of record on the Service List below.

/S/Ryan Peterson
Ryan Peterson, Esq.

MATTHEW J. LAVISKY, ESQ.
Florida Bar No.: 48109
Email: mlavisky@butler.legal
Counsel for Defendant